PROB 12C
(7/93)

Report Date: February 28, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 1 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Byron Joseph LeBlanc        Case Number: 2:02CR00253-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: February 13, 2003

Original Offense: Bank Robbery, 18 U.S.C. § 2113(a)

Original Sentence: Prison - 71 Months;         Type of Supervision: Supervised Release
TSR - 36 Months

Asst. U.S. Attorney: Joseph H. Harrington        Date Supervision Commenced: December 2, 2011

Defense Attorney: Gerald Smith                  Date Supervision Expires: December 1, 2014

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2:** The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence:** On February 28, 2013, Mr. Leblanc was arrested for harassment (threat to kill) by the Spokane Police Department. According to the arrest report, at approximately 2 a.m., Mr. Leblanc yelled profanities at the victim through the victim's apartment door. The victim indicated that Mr. Leblanc stated that he had a weapon, and he would kill the victim if he came out of his room. The responding officers reviewed the video monitoring system at the apartment complex. It confirmed the victim's statements. Mr. Leblanc was taken into custody and transported to the Spokane County Jail on the new felony charge. |
| 2 | **Standard Condition #7:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |
| 3 | **Special Condition #23:** You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, in order to confirm your continued abstinence from this substance. |

**Supporting Evidence**: According to the arrest report from the Spokane Police Department dated February 28, 2013, Mr. Leblanc was taken into custody for felony harassment. The officers stated that Mr. Leblanc's speech was slurred, as if he was intoxicated.

The undersigned officer was called by the arresting officer after the arrest was made. The arresting officer stated that Mr. Leblanc was highly intoxicated and smelled of alcohol.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/28/2013

s/Patrick J. Dennis

Patrick J Dennis
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/1/2013
Date