# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

REPLY TO Spokane

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

May 8, 2013

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 13 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

The Honorable Robert H. Whaley
United States District Court
Thomas S. Foley United States Courthouse
920 West Riverside Avenue
Spokane, WA 99201-1010

           RE: Leblanc, Byron Joseph
           DOCKET NO.: 2:02CR00253-001
           **REQUEST RELEASE FROM**
           **RESIDENTIAL REENTRY CENTER**
           **(RRC) PLACEMENT**

Dear Judge Whaley:

The above-referenced individual last appeared before Your Honor on April 4, 2013, for a supervised release violation hearing. At the time of the hearing, the Court made no findings as to the alleged violations and continued the matter until after Mr. Leblanc released from the residential reentry center (RRC).

The Court may recall a concern regarding Mr. Leblanc's lack of compliance with supervised release regarding the use of alcohol and committing a new law violation, harassment. In response to this violation, the Court modified his conditions of supervision to include residing at the RRC for a period of no less than 30 days and up to 180 days.

Mr. Leblanc began his placement at the RRC on April 5, 2013. Since that time, he has located an appropriate release address. The undersigned officer has verified with the apartment complex manager that he has been approved and signed a rental agreement. Mr. Leblanc is able to pay for his rent with his monthly disability check. Mr. Leblanc is participating in drug testing, with no indication of illicit drug use.

It appears Mr. Leblanc is taking the necessary steps to ensure his reentry back into the community is successful. Therefore, the undersigned officer respectfully recommends that Mr. Leblanc be released from the RRC with all of the other conditions of supervised release to remain in effect.

LEBLANC, Byron Joseph
May 8, 2013
Page 2

Should Your Honor require a different course of action, or require a court appearance by Mr. Leblanc, please advise the undersigned officer.

                              Respectfully submitted,

                              Scott M. Morse, Sr.
                              Chief U.S. Probation Officer


                              s/Patrick J. Dennis       05/08/2013
                              Patrick J. Dennis            Date
                              U.S. Probation Officer

APPROVED BY:


s/Matthew L. Thompson   05/08/2013
Matthew L. Thompson    Date
Supervising U.S. Probation Officer

PJD:vm


THE COURT ORDERS

[ ]   No Action
[✓]   Release from Residential Reentry Center Placement
[ ]   Other

                                                          Signature of Judicial Officer

                                                          May 13, 2013
                                                          Date